**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gilberto Alejandro MALDONADO–**
**REYES, Defendant–Appellant.**

No. 08–40908

**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 23, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal, Public Defender Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

Gilberto Maldonado–Reyes pleaded guilty to possession with intent to distribute a quantity in excess of 500 grams of cocaine. On appeal, he challenges his sentence and his counsel's effectiveness with regard to his sentence. The government argues that he waived his right to appeal.

We review the validity of an appeal waiver *de novo*. *United States v. Burns*, 433 F.3d 442, 445 (5th Cir.2005). Our review of the record shows that Maldonado–Reyes's waiver of appeal was knowing and voluntary, *see United States v. Bond*,

414 F.3d 542, 544 (5th Cir.2005), and is therefore valid, so we decline to consider the merits of his claims. The appeal is DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.